UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAX SHENBERGER,
                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANSUNION, LLC; and FEDLOAN
SERVICING,
                Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

22 CV 5304 (VB)

      The Court has been advised plaintiff and defendant TransUnion, LLC, have resolved this case. Accordingly, it is hereby ORDERED that this action is dismissed as to TransUnion, LLC, only, without costs, and without prejudice to the right to restore TransUnion, LLC, to the action, provided the application to restore TransUnion, LLC, to the action is made by no later than September 19, 2022. To be clear, any application to restore TransUnion, LLC, to the action must be filed by September 19, 2022, and any application to restore TransUnion, LLC, to the action filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate TransUnion, LLC, from the docket.

Dated: July 20, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge