UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAX SHENBERGER,
     Plaintiff,

v.

FEDLOAN SERVICING,
     Defendant.
------------------------------------------------------------x

**ORDER REGARDING
SEALED DOCUMENTS**

22 CV 5304 (VB)

   The Court having So Ordered the parties' Stipulation and Order Regarding Confidentiality and Privilege, dated October 21, 2022, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: October 21, 2022
   White Plains, NY

            SO ORDERED:

            _____
            Vincent L. Briccetti
            United States District Judge